# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-169-DDP (SP) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Vondorne Cochran v. Deputy Suarez | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 6, 2011, Plaintiff Vondorne Cochran, a California prisoner proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 11, 2011, the Court granted Plaintiff's request to proceed without prepayment of filing fee and ordered the complaint filed. On January 13, 2011, the Court issued an Order re Civil Rights Case, advising the Plaintiff that the Court was screening the complaint and that further directions would follow (docket no. 5). In that same Order, the Court also instructed Plaintiff that he "must notify the Court immediately if his address changes, and must provide the Court with the new address and its effective date. Any failure by plaintiff to comply with a court order because plaintiff did not receive the order due to his failure to inform the Court of his current address may result in the action being dismissed for failure to prosecute."

The Court has completed the screening of the complaint. But it appears that Plaintiff has failed to follow the Court's Order to immediately notify the Court of a change of address. In April and May 2011, the Court mailed orders to Plaintiff at his address of record, his place of state incarceration in Los Angeles. Both mailings were returned to the Court as undeliverable mail, with an indication that Plaintiff has been released from custody. Plaintiff's failure to comply with the Court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-169-DDP (SP) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Vondorne Cochran v. Deputy Suarez | | |

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **June 27, 2011**, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice.