**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDORNE COCHRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY SUAREZ,<br><br>    Defendant. | Case No. CV 11-169-DDP (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the complaint is dismissed without prejudice.

Dated: _September 7, 2011__

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1