**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDORNE COCHRAN, ) <br> Plaintiff, ) <br> v. ) <br> DEPUTY SUAREZ, ) <br> Defendant. ) | Case No. CV 11-169-DDP (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Complaint for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the complaint is dismissed without prejudice.

Dated: _September 7, 2011__

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1